43,282-02

FEBRUARY 2, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 04 2015

Abel Acosta, Clerk

HONERABLE LOUISE PEARSON, CLERK
COURT OF CRIMINAL APPEALS
BOX 12308 - CAPITOL STATION
AUSTIN TEXAS, 78711

RE: TR.CT. NO. 08-06-05477-CR(1)   WR: 43,282-02

DEAR CLERK,

ON DECEMBER 19, 2014, MY APPLICATION
FOR 11.07 WRIT OF HABEAS CORPUS WAS RECIEVED
BY YOUR OFFICE.

I REALIZE THE COURT OF CRIMINAL APPEALS
IS VERY DILIGENT IN THERE COURTS BUSSINESS.

HOWEVER THE ESTELLE UNIT TDCJ-ID IS
NOT. IT IS THERE COMMON PRACTICE NOT TO
DELIVER ALL WHITE CARDS FROM THE COURT
OF CRIMINAL APPEALS.

PLEASE INFORM ME IF A DECISION ON MY
WRIT HAS BEEN MADE.

THANK YOU FOR YOUR CONSIDERATION.

CC: ON FILE

RESPECTFULLY,

Dennis Kaye Goans #160497

DENNIS KAYE GOANS #160497